SCANNED at and Emailed 8/16/19 by Q . 22 pages

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining]

Daniel McCray

VS.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it.]

Warden Barone et Al

Complete every section and **SIGN THE LAST PAGE.**

*Revised 3/16/16*

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. ____✓____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Daniel McCray
   b. Inmate Number: 410275
   c. Correctional facility: Northern Corrections

2. Second Plaintiff
   a. Full Name:
   b. Inmate Number:
   c. Correctional facility:

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than one person, attach additional pages. Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: Warden Barone

Revised 3/16/16

2

    b.    Rank or Title:

    c.    Workplace:

2. Second Defendant
    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

3. Third Defendant
    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

(See Atttached)

4. Fourth Defendant
    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

5. Fifth Defendant
    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

6. Sixth Defendant
    a.    Full Name:

    b.    Rank or Title:

    c.    Workplace:

## D. REASON FOR COMPLAINT

**WARNING:   Contact Inmate Legal Aid Program.   Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma
*Revised 3/16/16*

pauperis.  To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

    1. Failure to use the prison grievance process before suing.  If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

    2. Complaining about incidents that happened a long time ago:  If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

    3. Suing people who were not personally involved:  You can generally only sue defendants who were directly involved in harming you.  In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages:  You generally cannot sue the following people and entities for money damages:  the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process).  If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first.  If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

    5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison.  If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.  See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case.  The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim.  Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint.  If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law).  What you need to tell the Court is who did what, when they did it, and how you were harmed.

*Revised 3/16/16*

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case
1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.
Now describe your claims.

Statement of Case
1.

2.   (See Attatched)

3.

4.

Revised 3/16/16

5.

6.         ( See Attatched )

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

**E.     REQUEST FOR RELIEF**
Tell the court what kind of relief you want.  **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits.   For any of these, you must request a Writ of Habeas Corpus.

F.      DO YOU WISH TO HAVE A JURY TRIAL?   YES ✓   NO_____

G.      DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: *Daniel K. McCray*

Signed at *Somers ct 06071* on *August 11th 2019*
                (Location)                         (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

H.      **FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

1.      Answer all questions on the complaint form.

2.      Sign the Declaration under Penalty of Perjury on p. 8

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

United States District Court
District of Connecticut

| | |
|---|---|
| Daniel McCray<br>- Plaintiff | Case No. |
| v.<br><br>Warden Barone et Al.<br>Deputy Warden Roach<br>Officer Million<br>Officers John Does 1-4<br>Defendant Nurse Dave<br>Defendant Milhaliak<br>Defendant McCreary<br>Defendant Stanley<br>Defendant Danik | Verified Complaint<br>for Monetary, Declatory<br>and injunctive Relief<br><br>(Jury Trial Demanded)<br><br>Date: August 11th 2019 |

1 of 10

## Preliminary Statement

This is a civil Rights 550 action filed by Daniel McCray for monetary, Declatory and Injunctive relief Under U.S.C. 42 § 1983 Alleging Denial of medical Care, Deliberate indifference to Serious medical and Safety Needs; aswell as Failure to Protect/Supervise/Train. In violation of his 8th and 14th amendment rights to the U.S. Constitution

## Jurisdiction

① The Court has direct Jurisdiction over the Plaintiff claims of the above stated violations Under 42 U.S.C. § 1331(1) and 1343

## Parties

② The Plaintiff Daniel McCray appears Pro'Se and is at all times relevant to this action. He is located at 287 Bilton Rd Somers ct 06071

③ Defendant Warden Barone is the Warden at Walker Correction and can be located at 1153 east st South Suffield ct. She is at all times relevant to this complaint. Her Job duties include but not limit, the creation, enforcement and training of Policies and directives as well as Protecting the safety of Prisoners under her Care. She was acting under color of state law and

within the scope of her employment. She is sued in both her individual and official capacities.

(4) Defendant Roach is the deputy warden at Walker corrections and can be located at the same address listed in paragraph 3. He is responsible for the safety of inmates as well as the supervision of officers, lieutenants, captains and prisoners. He is at all times relevant to this complaint and he was acting under color of state law as well as with the scope of his employment. He is sued in both individual and official capacities.

(5) Defendants McCreary and Mithaliak as well as Defendant Danik are all lieutenants at Walker corrections, can be located at the address listed above and were acting under color of state law as well as within the scope of their employment. They are at all times relevant and are sued in their official and individual capacities.

(6) Defendant Stanley is a captain at Walker, is at all times relevant to this action and is sued in his individual capacity. He was acting under color of state law as well as within the scope of his employment.

(7) Defendants John Does 1 through 4 are all officers that were informed of the plaintiff being assaulted but intentionally failed to report it or even address it

3 of 10

at all. These Unknown Defendants names will be revealed during discovery at which point in time the Plaintiff will seek to properly incorperate them into the areas of this action that is currently labled as "John Does 1 through 4". They are sued in their individual and official capacities.

(8) Nurse Dave is a nurse at Walker corrections. He is sued in both individual and official capacities. He can be located at the address listed above and is at all times relevant to this action. He was acting under color of state law aswell as within the scope of his employment.

(9) Any and all current Unknown defendants will be incorperated into this action as deemed appropriate as soon as they are able to be properly Identified through Discovery Proceedings.

## Statement of Facts

__Count one: Failure to Protect / Deliberate Indifference__

10) On May 7th 2019 while attending Outside recreation with other inmates the Plaintiff was approached by another inmate and punched repetitively in the facial area right in front of Defendant Milliums.

11) The plaintiff immediatly informed the defendant of the other inmate assaulting him however the Defendant refused to signal a code "Blue" (an alarm that a fight is transpiring) and refused to comply with Department of Correction Directive 6.6. which governs "Reporting incidents". He also failed to protect the plaintiff

12) The defendant stated The Plaintiff deserved to be "beat up" due to the fact he is presently being held on Sex Offenses in criminal court that he has not been convicted of. (Please note the defendant is currently unsentensed)

13) Defendant Milliums was made aware of the clearly bleeding lip and eye injuries The plaintiff sustained however at no point did the defendant get medical help for the Plaintiff even though he was now aware of his injuries.

14) There were 4 other officers working in the Unit on the day this incident Transpired. At this time the Plaintiff Doesn't know their Accurate Name

5 of 10

However through proper discovery proceedings their identities will be revealed. (From here on in they will be referred to as John Does 1, 2, 3, and 4)

15. The plaintiff informed John Does 1 through 4 that he was just assaulted by another inmate and further requested them to contact medical so that he may recieve treatments for his injuries. All defendants laughed as if a joke was told, denied him medical care and stated "that's what a sex offender deserves. No defendants reported this matter.

Count two: Denial of Medical Care

16. During night time medication Administration when Defendant Nurse-Dave arrived at the Plaintiff's cell to administer him his medication The Plaintiff showed Defendant Dave his injuries. Told him he was Assaulted by an inmate and requested medical care for his still bleeding and visibly bloody lip and eye. Defendant Dave denied him medical care/treatment and told him he could not help him

17. The next Day the Plaintiff, who still was not provided any medical care stopped Defendants Mikhaliak, Mccreary, Stanley and Danik during their unit tours, notified them that he was

6 of 16

Assaulted, that this assault was not reported by staff And that he continues to be denied Medical treatment for his injuries. Not one of the defendants took any action to make sure the Plaintiff was given Medical Attention nor did they report this incident in accordance with their own Administrative Directive (6.6 "Reporting Incidents")

### Count Three: Failure to Supervise/Train

(18) It wasnt until 48 hours later when the Plaintiff stopped captain Docosko During her Unit tour and Notified her that he was Assaulted by an inmate and that he needed medical treatment that this matter was finally even documented or Addressed

(19) The Plaintiff wrote to both Defendants Warden Barone and Deputy Warden Roach. At no point did either Defendant take any action to resolve the matter, reprimand their employees or retrain them, And Defendant Roach Refused to even respond.

(20) During a Unit tour, when The Plaintiff spoke with the Defendants (Roach and Barone) in Person and asked why they are not Properly supervising employees to ensure that they comply with Procedures and why they are not Properly training the defendants in regards to reporting incidents and Employee conduct directives (Directive 2.17) The defendants told the Plaintiff to "Shut up and stop raping People".

21) The Plaintiff's lip and eye injuries have still not been properly assessed and he's developing nerve damage. The Plaintiff continues to be denied proper medical care and also continues to live in constant fear of retaliation due to the threats he has recieved from some of the defendants for filing this legal action. And because the Plaintiff has also reported the defendant to their supervisory officials they are calling him a "snitch" which not only causing him to have issues with other staff but prisoners as well.

## Exhaustion of Administrative Remedies

The Plaintiff has exhausted all available administrative remedies with respect to all claims and defendants.

## Claims for Relief

22) The Plaintiff herby re-alleges all matters claimed in paragraphs 1 through here in and re-incorporates them to emphasize the actions of all defendants in failing to take action to protect the Plaintiff from being assaulted, and for failing to report him being assaulted in an attempt to cover up the incident that they had knowledge of constituted deliberate indifference to serious medical needs and safety. Also the failure of the defendants to provide medical care they knew the Plaintiff needed constituted deliberate indifference and violated the Plaintiffs eight Amendment rights to the U.S. Constitution.

23) As a direct and proximate result of the defendants misconduct the Plaintiff was injured physically, mentally and emotionally

## Prayer for Relief

Wherefore, the Plaintiff request that the Court grant the following relief

A) Issue a declatory Judgement stating that the Plaintiffs 8th amendment rights were violated by the defendants.

B) Issue an Injunction ordering the defendants or their agents to:

  1) Permit the Plaintiff to order items from the keefe Catalog, The Walenhorsts National and music catalog, Books 'N' Thing Catalog.

  2) Due to the Plaintiff being mentally ill, he requests to be transfered to Garner corrections and managed as a level four mental heath inmate for the duration of his entire incarceration and any future periods of Jail time he may accumulate. The Plaintiff Also requests his A.W time to be suspended for mental health purposes

C) Award compensatory damages Jointly and severally against all defendants in the Amount of $100,000

D) Award Punitive damages in the amount of 100,000 against all defendants.

E) Grant all other Relief as the Plaintiff is entitled.

Respectfully Submitted:
Daniel McCray
287 Bilton Rd
Somers ct 06071

## Certification

It is hereby Certified that a copy of the forgoing has been sent this 11th day of August 2019 to:

United States District Court
450 Main st.
Hartford ct 06120

Submitted By: Daniel McCray
Address: 287 Bilton Rd
Somers ct 06071

Signed: Daniel McCray